NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC J. WALLACE, SR., DOC #T05023,  )
)
        Appellant,  )
)
v.  )        Case No. 2D18-2840
)
STATE OF FLORIDA,  )
)
        Appellee.  )
                                 )

Opinion filed October 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Matthew P. Farmer of Farmer & Fitzgerald,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, BLACK, and SALARIO, JJ., Concur.